# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Crim. No. 19-823 (KM) |
| **PHUE VINH VO,** | **MEMORANDUM & ORDER** |
| Defendant | |

    The defendant, Phue Vinh Vo, was convicted of narcotics and money laundering offenses in the U.S. District Court for the Eastern District of Pennsylvania, and was sentenced by the Hon. Paul S. Diamond, U.S.D.J., to 97 months' imprisonment, to be followed by a 10 year term of supervised release. (E.D. Pa. Criminal Docket No. 04-767) The sentence of imprisonment was served, and Mr. Vo began serving his term of supervised release in 2015.

    On November 13, 2019, supervision of Mr. Vo was transferred from the Eastern District of Pennsylvania to the District of New Jersey. (DE 1) On December 3, 2021, Mr. Vo filed a sealed motion for early termination of supervised release under the above caption. (DE 2) *See* 18 U.S.C. § 3583(e). The Court having been informed that supervision of Mr. Vo had been or was being transferred back to the Eastern District of Pennsylvania, I denied the motion without prejudice.

    I am now informed that supervision was not in fact transferred back to the U.S. District Court for the Eastern District of Pennsylvania, which does not currently have supervisory jurisdiction over the defendant. Accordingly, I decide the motion.

    IT APPEARING that the defendant commenced service of a 10-year term of supervised release in 2015, and has therefore satisfied approximately 8 years of that term; and

IF FURTHER APPEARING that, according to the Probation Office, defendant's compliance with supervision has been satisfactory, he is on the Office's low intensity caseload, he has maintained employment and family connections; and

IT FURTHER APPEARING that the term of supervised release has served its function, and that the purposes of sentencing as set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) now weigh in favor of termination of supervised release;

IT IS this 24th day of August, 2023,

ORDERED that the motion (DE 2) be GRANTED and that the defendant's term of supervised release is TERMINATED .

The clerk shall close the file.

/s/ Kevin McNulty

_____

**Kevin McNulty**
**United States District Judge**